968

No. D–1983. In re Disbarment of Plato. Richard M. Plato, of Baytown, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.